HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FERNANDO CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>FERNANDO CASAS,<br><br>    *Defendant*. | No. 1:13-cr-00014 LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER**<br><br>Date: November 12, 2013<br>Time: 8:30 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

The parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya and Assistant Federal Defender Jeremy S. Kroger, hereby agree and stipulate to the following modified schedule for filing objections and for sentencing in this matter as follows:

- Informal objections to be filed by October 21, 2013
- Formal objections to be filed by November 4, 2013
- Sentencing to be on November 12, 2013, 8:30 a.m.

The defense requests this continuance in order to finish gathering and preparing mitigation material. Preparation of the mitigation material has been hampered by Mr. Casas's unexpected move to the Lerdo jail, difficulty locating relevant individuals, and defense counsel's other significant obligations, including a lengthy Ninth Circuit brief due September 25, 2013. The government does not oppose this continuance.

///

///

| | | |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 17, 2013 | By: | /s/ *Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 17, 2013 | | /s/ *Jeremy Kroger*<br>JEREMY KROGER<br>Assistant Federal Defender<br>Attorneys for Defendant<br>FERNANDO CASAS |

**O R D E R**

This Court ENTERS this order based on the parties' stipulation.

IT IS SO ORDERED.

**Dated:  September 17, 2013**   /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE